No. 11–6262.   NASH *v.* PTASHNINK ET AL., *ante,* p. 1038;

No. 11–6279.   RANDOLPH *v.* BODISON, WARDEN, *ante,* p. 987;

No. 11–6313.   IN RE SHOVE ET AL., *ante,* p. 940;

No. 11–6373.   HUDSON *v.* LAFLER, WARDEN, *ante,* p. 988;

No. 11–6391.   BUCK *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 1022;

No. 11–6415.   PETROS *v.* BOOS ET AL., *ante,* p. 1041;

No. 11–6838.   PINDER *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, *ante,* p. 1069; and

No. 11–6926.   MCDONALD *v.* UNITED STATES, *ante,* p. 1045. Petitions for rehearing denied.

No. 11–6338.   PERTIL *v.* UNITED STATES, *ante,* p. 960.   Petition for rehearing denied.   JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5891.   MILLER *v.* IN RE APPLICATION OF COUNTY TREASURER FOR JUDGMENT AND ORDER OF SALE AGAINST LANDS AND LOTS RETURNED DELINQUENT FOR NON-PAYMENT OF GENERAL TAXES AND/OR SPECIAL ASSESSMENT, *ante,* p. 966.   Motion for leave to file petition for rehearing denied.

JANUARY 11, 2012

No. 11–678.   CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND *v.* BIO-MEDICAL APPLICATIONS OF TENNESSEE, INC.   C. A. 6th Cir.   Certiorari dismissed under this Court's Rule 46.1.

JANUARY 12, 2012

No. 11–341.   QWEST SERVICES CORP. ET AL. *v.* BLOOD ET AL. Sup. Ct. Colo.   Certiorari dismissed under this Court's Rule 46.1.

JANUARY 13, 2012

No. 11–184.   KLOECKNER *v.* SOLIS, SECRETARY OF LABOR. C. A. 8th Cir.   Certiorari granted.